|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
|   | Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
| 4 | Amanda Seabock, Esq., SBN 289900 |
|   | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111 |
|   | (858) 375-7385; (888) 422-5191 fax |
| 6 | amandas@potterhandy.com |
| 7 | Attorneys for Plaintiff, WALTER FORD |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WALTER FORD, | ) Case No.: 5:21-cv-00207-JGB-SP |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT AND** |
|   | ) **REQUEST TO VACATE ALL** |
| JLZ INVESTMENT LLC, a | ) **CURRENTLY SET DATES** |
| California Limited Liability Company; | ) |
| JLZ FUEL & MART INC, a California | ) |
| Corporation, | ) |
| Defendants. | ) |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

                                    CENTER FOR DISABILITY ACCESS

Dated: May 24, 2021              /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorney for Plaintiff