CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER FORD,<br><br>         Plaintiff,<br><br>    v.<br><br>JLZ INVESTMENT LLC, a California Limited Liability Company; JLZ FUEL & MART INC, a California Corporation,<br><br>         Defendants. | **Case:** 5:21-cv-00207-JGB-SP<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Walter Ford, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants JLZ Investment LLC and JLZ Fuel & Mart Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 23, 2021          CENTER FOR DISABILITY ACCESS

                              By:   /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff